UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TOMLINSON,<br><br>    Plaintiff,<br><br>v.<br><br>HIRERIGHT, LLC,<br><br>    Defendant. | Case No. 18-cv-04003 NC<br><br>**ORDER TO SHOW CAUSE REGARDING CITIZENSHIP OF LLC DEFENDANT**<br><br>Re: Dkt. No. 1 |

Plaintiff Tomlinson filed this lawsuit against HireRight, LLC, a limited liability company. Though it is not explicitly stated in the complaint, it appears the case was filed in this Court on the basis of diversity jurisdiction. It is the Court's duty to examine whether it has subject matter jurisdiction over any case before it.

Federal courts are courts of limited jurisdiction and are presumptively without jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). It is not clear that diversity of citizenship exists here, and so the existence of subject matter jurisdiction is uncertain. This is because HireRight is a limited liability company, and the citizenship of each member of the company must be considered in the diversity analysis. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990); *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). In the complaint, Tomlinson did not inform the Court of the citizenship of defendant's members. The amount in controversy does, however, meet the statutory minimum under 28 U.S.C. § 1332. Thus, the Court

Case No. 18-cv-04003 NC

ORDERS Tomlinson to SHOW CAUSE why the Court has subject matter jurisdiction over this case. Tomlinson must file a response to this order by August 6, 2018. That response may not exceed 5 pages in length. Otherwise, the Court will have this case reassigned to a district court judge with the recommendation that the judge dismiss this case without prejudice to refiling in state court.

**IT IS SO ORDERED.**

Dated: July 30, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 18-cv-04003 NC        2